## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Vaughn E. Ormseth, | Civil No. 13-cv-03140 (SRN/FLN) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| Deutsche Bank National Trust Company, *as Trustee for Soundview Home Loan Trust 2006-OPT2, Asset-Backed Certificates Series 2006-OPT2*, | |
| Defendant. | |

---

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: September 18, 2014

s/Susan Richard Nelson<br>
SUSAN RICHARD NELSON<br>
United States District Judge